1  McGREGOR W. SCOTT
   United States Attorney
2  AMANDA BECK
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America

FILED

APR 19 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR SEARCH WARRANTS CONCERNING: | [PROPOSED] ORDER TO UNSEAL SEARCH WARRANTS AND SEARCH WARRANT AFFIDAVITS |
| The Cellular Telephone Assigned To Call Number 209-751-8920 | 2:19-SW-0189 AC |
| A red Ford Ranger pickup truck bearing California license plate 7X37790, VIN 1DTZR44E56PA39922 | 2:19-SW-0224 DB |
| A black 2006 Sport Utility Vehicle bearing California license plate 5SBE399, VIN 1J8HR68216C220946 | 2:19-SW-0225 DB |
| 3273 Juliet Road Stockton, California 95205 | 2:19-SW-0226 DB |
| 2144 South Ash Street Stockton, California 95206 | 2:19-SW-0227 DB |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the files in the above-captioned matters be, and are, hereby ordered unsealed.

Dated: April 19, 2019

The Honorable Kendall J. Newman
UNITED STATES MAGISTRATE JUDGE